No. 327, Misc.   CHAVEZ ET AL. *v.* DICKSON, WARDEN. C. A. 9th Cir.   Certiorari denied.   *Richard Gladstein, Norman Leonard* and *Ruth Jacobs* for petitioners.

No. 352, Misc.   BOYES *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.   Petitioner *pro se.   Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 356, Misc.   RICHARDSON *v.* UNITED STATES.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   Petitioner *pro se.   Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States.

No. 365, Misc.   GARCIA *v.* HERITAGE, WARDEN.   Supreme Court of Puerto Rico.   Certiorari denied.   Petitioner *pro se.   Solicitor General Cox, Assistant Attorney General Marshall, Harold H. Greene* and *Isabel L. Blair* for respondent.

No. 370, Misc.   SURRATT *v.* UNITED STATES.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   Petitioner *pro se.   Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 375, Misc.   ANDREWS *v.* HAND, WARDEN.   Supreme Court of Kansas.   Certiorari denied.   *Rowland Watts* for petitioner.   *William M. Ferguson,* Attorney General of Kansas, and *J. Richard Foth* and *Park McGee,* Assistant Attorneys General, for respondent.